# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | | |
|---|---|---|
| JASON AARON McCOLLUM, | * | |
| Plaintiff, | * | No. 1:04-cv-336 |
| | * | |
| versus | * | JURY DEMAND |
| | * | |
| CITY OF CHATTANOOGA, *et al.* | * | COLLIER / LEE |
| Defendants. | * | |
| | * | |

## MOTION FOR CONSOLIDATION

THE PLAINTIFF, through counsel, and pursuant to FED. R. CIV. P., Rule 42 and submits this Motion for Consolidation with the claim of Plaintiff Matthew Trent Jones ("Jones") in his separate case number 1:05-cv-245. In support of this Motion Plaintiff relies on his Memorandum of Law.

Respectfully submitted,

BY: **s/ Robin Ruben Flores**
**ROBIN RUBEN FLORES, TENN. BPR #20751**
**A. PHILLIP LOMONACO, TENN. BPR #11579**
Attorneys for Plaintiff
615 Walnut Street, Suite 208
Chattanooga, TN 37402  423 / 2671575
Email: robinflores@comcast.net

*Certificate of service on next page.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day November, I served 2005 a true and accurate copy of the foregoing document on the following counsel, by placing same by the Electronic Filing System* to,

Phillip Noblett, Esq. *
City Attorney's Office
801 Broad Street, Suite 400
Chattanooga, TN 37403
Special Counsel for City of Chattanooga, and Chattanooga Police Department

John Cavett, Esq.*
801 Broad Street
Chattanooga, TN 37402

Aaron Mason, Esq.*
40 Capitol Square, S.W. Atlanta, GA 303341300
Attorney for Earnest Bonaparte

John Houston, Esq.*
707 Georgia Avenue, Suite 402
Chattanooga, TN 37402

Gerald Tidwell, Esq.*
736 Georgia Ave, Ste 600
Chattanooga, TN 37402

Other delivery shall be made by U.S. Mail, postage pre-paid to:

    Mike Raulston, Esq.
    511 Georgia Avnue, 2nd Fl.
    Chattanooga, Tn 37403

                    s/ Robin Ruben Flores