**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA**

| | | |
|---|---|---|
| **JASON AARON McCOLLUM,** | * | |
| **Plaintiff,** | * | **No. 1:04-cv-336** |
| | * | |
| **versus** | * | **JURY DEMAND** |
| | * | |
| **CITY OF CHATTANOOGA,** *et al.* | * | **COLLIER / LEE** |
| **Defendants.** | * | |
| | * | |

**MOTION FOR PERMISSIVE JOINDER OF PARTIES**

THE PLAINTIFF, through counsel, and pursuant to FED. R. CIV. P., Rule 20 and

submits this Motion for Joinder with Plaintiff Matthew Trent Jones ("Jones") and his

separate case number 1:05-cv-245. In support of this Motion Plaintiff relies on his

Memorandum of Law.

Respectfully submitted,

BY: _____s/ **Robin Ruben Flores**_____
**ROBIN RUBEN FLORES, TENN. BPR #20751**
**A. PHILLIP LOMONACO, TENN. BPR #11579**
Attorneys for Plaintiff
615 Walnut Street, Suite 208
Chattanooga, TN 37402 423 / 2671575
Email: robinflores@comcast.net

*Certificate of service on next page.*

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day November, I served 2005 a true and accurate copy of the foregoing document on the following counsel, by placing same by the Electronic Filing System* to,

Phillip Noblett, Esq. *
City Attorney's Office
801 Broad Street, Suite 400
Chattanooga, TN 37403
Special Counsel for City of Chattanooga, and Chattanooga Police Department

John Cavett, Esq.*
801 Broad Street
Chattanooga, TN 37402

Aaron Mason, Esq.*
40 Capitol Square, S.W. Atlanta, GA 303341300
Attorney for Earnest Bonaparte

John Houston, Esq.*
707 Georgia Avenue, Suite 402
Chattanooga, TN  37402

Gerald Tidwell, Esq.*
736 Georgia Ave, Ste 600
Chattanooga, TN 37402

Other delivery shall be made by U.S. Mail, postage pre-paid to:

    Mike Raulston, Esq.
    511 Georgia Avenue, 2nd Fl.
    Chattanooga, Tn  37403

        <u>s/  Robin Ruben Flores</u>