UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JASON AARON MCCOLLUM, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:04-CV-336 |
| CITY OF CHATTANOOGA, *et al.* | ) Judge Mattice |
| *Defendants.* | ) |

## ORDER

United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Court Doc. No.24) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. The Court thus **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

1. McCollum's Motion for Joinder [Court Doc. No. 51] is hereby held in **ABEYANCE** until after action is taken with regard to his Motion to Consolidate

2. McCollum's Motion to Amend and Supplement Complaint [Court Doc. No. 51-1] pursuant to Fed. R. Civ. P. 15 is hereby **DENIED IN PART AND GRANTED IN PART** as follows: a) **DENIED** as to adding Tim Busby and the Catoosa County Government as defendants; b) **GRANTED** as to adding Officer Steve Campbell, Officer Shane Webb, Officer Curtis Penny, Sergeant Chad Sullivan, Sergeant Cheryl

Bryant, Officer Thomas Buttry, Officer Jeff White, Officer Cevin Burney, Officer Todd Clay, Officer Eric Milchak, Officer John Monroe, Officer Eric Hindmon, Officer Joe Kearns, Officer Stoney Morton, Officer Mickey Ortel, Officer Stephen Cruise, Officer Kaumer Hughes, Officer Jamie Willis, Officer Nick Allen, and Officer Kevin Cobb as defendants; and c) **GRANTED** as to increasing his claim for damages; and

3. McCollum is hereby given 10 days from entry of this order to file a second amended complaint that complies with the adopted Report and Recommendation.

ORDERED this 30th day of March, 2006.

          *s/ Harry S. Mattice, Jr.*
          HARRY S. MATTICE, JR.
          UNITED STATES DISTRICT JUDGE